# United States District Court
# For the District of Columbia

)
)
)
)
)   Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

                                                          Attorney of Record

_____   _____
Signature

_____      _____
BAR IDENTIFICATION NO.                       Print Name

                                                          _____
                                                          Address

                                                          _____
                                                          City              State        Zip Code

                                                          _____
                                                          Phone Number