FOIA Summons (1/13) (Page 2)

Civil Action No. 1:21-cv-02482

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Merrick Garland, Attorney General
was received by me on *(date)* 10/1/21

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I sent a copy of the summons and complaint on Sept 23, 2021 to the Attorney General, Acting US Attorney for DC, the South Dakota National Guard, and the Department of the Army. I resent a copy of the summons and complaint to the AG on Sept. 24, 2021

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/4/21

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1331 F Street, NW, Suite 900
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70210950000199489981

Your item was delivered at 5:57 am on October 1, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

October 1, 2021 at 5:57 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

Tracking History ⌃

**October 1, 2021, 5:57 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:57 am on October 1, 2021 in WASHINGTON, DC 20530.

**September 30, 2021, 12:17 pm**
Available for Pickup
WASHINGTON, DC 20530

**September 30, 2021, 10:10 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 28, 2021**
In Transit to Next Facility

**September 24, 2021, 10:52 pm**
Departed USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 24, 2021, 9:52 pm**
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 24, 2021, 3:29 pm**
USPS in possession of item
SAN DIEGO, CA 92116

**Product Information**                                              ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:21-cv-02482

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of the Army
was received by me on *(date)* 9/30/21.

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint on Sept 23, 2021 to the Attorney General, Acting US Attorney for DC, the South Dakota National Guard, and the Department of the Army. I resent a copy of the summons and complaint to the AG on Sept. 24, 2021

My fees are $ for travel and $ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/4/21

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1331 F Street, NW, Suite 900
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package　+**

Remove ✕

**Tracking Number:** 70210950000199485464

Your item was delivered at 7:13 am on September 30, 2021 in WASHINGTON, DC 20310.

## ⊘ Delivered

September 30, 2021 at 7:13 am
WASHINGTON, DC 20310

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 30, 2021, 7:13 am
Delivered
WASHINGTON, DC 20310
Your item was delivered at 7:13 am on September 30, 2021 in WASHINGTON, DC 20310.

---

September 29, 2021, 10:55 am
Available for Pickup
WASHINGTON, DC 20310

---

September 29, 2021, 8:40 am
Arrived at Post Office
WASHINGTON, DC 20018

**September 28, 2021**
In Transit to Next Facility

**September 24, 2021, 12:42 am**
Departed USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 23, 2021, 8:00 pm**
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 23, 2021, 4:56 pm**
USPS in possession of item
SAN DIEGO, CA 92116

**Product Information** 

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:21-cv-02482

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___South Dakota National Guard___
was received by me on *(date)* 9/28/21

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I sent a copy of the summons and complaint on Sept 23, 2021 to the Attorney General, Acting US Attorney for DC, the South Dakota National Guard, and the Department of the Army. I resent a copy of the summons and complaint to the AG on Sept. 24, 2021

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/4/21

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1331 F Street, NW, Suite 900
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70210950000199485587

Your item was picked up at a postal facility at 7:31 am on September 28, 2021 in RAPID CITY, SD 57709.

## ✓ Delivered, Individual Picked Up at Postal Facility

September 28, 2021 at 7:31 am
RAPID CITY, SD 57709


Feedback

### Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 28, 2021, 7:31 am
Delivered, Individual Picked Up at Postal Facility
RAPID CITY, SD 57709
Your item was picked up at a postal facility at 7:31 am on September 28, 2021 in RAPID CITY, SD 57709.

---

September 27, 2021, 5:51 pm
Delivered to Agent for Final Delivery
RAPID CITY, SD 57701

---

September 27, 2021, 6:10 am
Out for Delivery

RAPID CITY, SD 57702

September 27, 2021, 4:31 am
Arrived at Post Office
RAPID CITY, SD 57701

September 26, 2021
In Transit to Next Facility

September 25, 2021, 5:56 pm
Departed USPS Regional Destination Facility
SIOUX FALLS SD DISTRIBUTION CENTER

September 25, 2021, 2:39 pm
Arrived at USPS Regional Destination Facility
SIOUX FALLS SD DISTRIBUTION CENTER

Feedback

September 24, 2021, 12:50 am
Departed USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

September 23, 2021, 8:00 pm
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

September 23, 2021, 4:56 pm
USPS in possession of item
SAN DIEGO, CA 92116

Product Information ⌄

See Less ⌃

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:21-cv-02482

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Channing Phillips was received by me on *(date)* 9/30/21

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint on Sept 23, 2021 to the Attorney General, Acting US Attorney for DC, the South Dakota National Guard, and the Department of the Army. I resent a copy of the summons and complaint to the AG on Sept. 24, 2021

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true. 10/4/21

Date: _____

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1331 F Street, NW, Suite 900
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70210950000199485457

Your item was delivered at 4:45 am on September 30, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 30, 2021 at 4:45 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

September 30, 2021, 4:45 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:45 am on September 30, 2021 in WASHINGTON, DC 20530.

September 29, 2021, 10:55 am
Available for Pickup
WASHINGTON, DC 20530

September 29, 2021, 9:50 am
Arrived at Post Office
WASHINGTON, DC 20018

**September 28, 2021**
In Transit to Next Facility

**September 24, 2021, 12:56 am**
Departed USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 23, 2021, 8:00 pm**
Arrived at USPS Regional Origin Facility
SAN DIEGO CA DISTRIBUTION CENTER

**September 23, 2021, 4:56 pm**
USPS in possession of item
SAN DIEGO, CA 92116

**Product Information** 

Feedback

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.36

Total Postage and Fees  $5.11

Postmark Here
SEP 23 2021
09/23/2021
USPS

Sent To: Merrick Garland
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave W
City, State, ZIP+4®: Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7021 0950 0000 7000 9948 9585