THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>     Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>     Defendants. | Civil No.  1:21-cv-02482 |

## JOINT STATUS REPORT

On October 20, 2021, Plaintiff filed an Amended Complaint against the Department of the Army and the South Dakota Army National Guard for alleged violations of the Freedom of Information Act ("FOIA").  On December 1, 2021, the Government filed its Answer. The parties respectfully submit this status report in response to the Court's December 2, 2021 Minute Order.

The Government has undertaken a search for records responsive to Plaintiff's FOIA requests, and the parties are working together to define the scope of that search.  Accordingly, the parties do not at this time know the anticipated number of responsive documents, or the anticipated dates for the release of any non-exempt responsive material.

For the reasons explained above, the parties propose that they continue to work together to reach an agreement as to the scope of the Government's search, and that they file a second

joint status report on February 3, 2021 updating the Court regarding these issues.  The parties anticipate that, by that date they will have reached an agreement regarding the scope of the search, and that the Government will have completed initial searches, allowing it to provide more concrete information than it could now about the anticipated number of responsive documents and a proposed timeframe for their processing.

| | |
|---|---|
| Dated: December 20, 2021 | Respectfully submitted, |
| /s/ Nikhel S. Sus | BRIAN NETTER |
| Nikhel S. Sus | Deputy Assistant Attorney General |
| (D.C. Bar No. 1017937) | Civil Division |
| Laura Iheanachor | |
| CITIZENS FOR RESPONSIBILITY AND | ELIZABETH J. SHAPIRO |
| ETHICS IN WASHINGTON | Deputy Director, |
| 1331 F St. NW, Suite 900 | Federal Programs Branch |
| Washington, DC 20004 | |
| Telephone: (202) 408-5565 | /s/ Julia A. Heiman |
| Fax: (202) 588-5020 | Julia A. Heiman (D.C. Bar No. 986228) |
| nsus@citizensforethics.org | Senior Counsel |
| liheanachor@citizensforethics.org | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 616-8480 |
| | Julia.Heiman@usdoj.gov |
| | *Counsel for Defendants* |