THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No.  1:21-cv-02482<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

   The parties respectfully submit this status report in response to the Court's February 7, 2022 Minute Order.  In the parties' prior status report, the parties reported that the Government had begun the review of records potentially responsive to Plaintiff's Freedom of Information Act ("FOIA") requests, anticipating that that review would be completed by the filing of the instant report.  *See* Joint Status Report, ECF No. 12 (Feb. 3, 2022).

   Unfortunately, the officer who has sole responsibility for this review was ill, and was diagnosed with COVID just as the parties filed their previous status report.  Just as he was recovering, he suffered the loss of a close family member, in connection with which he was away from the office for another week.  Accordingly, additional time will be needed to complete the initial review, and the parties respectfully request that the Court set their next joint status report

for April 4, 2022, by which time they anticipate the initial review will be completed and they will be in a position to propose a timeframe for processing the records identified as responsive to the Plaintiff's FOIA requests.

Dated: March 3, 2022

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
Laura Iheanachor
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F St. NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
liheanachor@citizensforethics.org

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

*/s/ Julia A. Heiman*
Julia A. Heiman (D.C. Bar No. 986228)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8480
Julia.Heiman@usdoj.gov
*Counsel for Defendants*