THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>     Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>     Defendants. | Civil No.  1:21-cv-02482-DLF |

**JOINT STATUS REPORT**

   The parties respectfully submit this status report in response to the Court's September 14, 2022 Minute Order.  Defendants have completed their production of non-exempt responsive records in this matter, and the parties are conferring regarding the withholdings in Defendants' productions.  The parties are continuing to work to narrow any issues that may need to be litigated in this case, and respectfully propose that the Court set their next status report for Wednesday, December 7, 2022.  By December 7, 2022, the parties anticipate that they will be able to report whether briefing will be necessary, and to propose a briefing schedule to the Court, if one is needed.

| | |
|---|---|
| Dated: November 2, 2022 | Respectfully submitted, |
| | |
| /s/ Nikhel S. Sus | BRIAN NETTER |
| Nikhel S. Sus | Deputy Assistant Attorney General |
| (D.C. Bar No. 1017937) | Civil Division |
| Laura Iheanachor | |
| CITIZENS FOR RESPONSIBILITY AND | ELIZABETH J. SHAPIRO |
| ETHICS IN WASHINGTON | Deputy Director, |
| 1331 F St. NW, Suite 900 | Federal Programs Branch |
| Washington, DC 20004 | |
| Telephone: (202) 408-5565 | /s/ Julia A. Heiman |
| Fax: (202) 588-5020 | Julia A. Heiman (D.C. Bar No. 986228) |
| nsus@citizensforethics.org | Senior Counsel |
| liheanachor@citizensforethics.org | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 616-8480 |
| | Julia.Heiman@usdoj.gov |
| | *Counsel for Defendants* |