THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>              Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>              Defendants. | Civil No.  1:21-cv-02482-DLF |

## JOINT STATUS REPORT

The parties respectfully submit this status report in response to the Court's August 17, 2023, Minute Order requiring the parties to file a joint status report on or before October 13, 2023, indicating whether they have been able to resolve Plaintiff's claim for attorneys' fees and whether case can be closed.  The parties have made progress on this issue, but are continuing to work to determine whether they can reach an agreement as to the Plaintiff's claim for attorneys' fees.  Accordingly, they respectfully ask that the Court permit them to file an additional joint status report on November 14, 2023, reporting whether they have been able to do so.

Dated: October 13, 2023

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
Laura Iheanachor
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F St. NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
liheanachor@citizensforethics.org

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

/s/ Julia A. Heiman
Julia A. Heiman (D.C. Bar No. 986228)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8480
Julia.Heiman@usdoj.gov
*Counsel for Defendants*