THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>　　　　　Defendants. | ）））））））））））））））））））） | Civil No.  1:21-cv-02482-DLF |

## JOINT STATUS REPORT

The parties respectfully submit this status report in response to the Court's January 15, 2024, Minute Order requiring the parties to file a joint status report on or before February 29, 2024.  As previously reported, the parties have reached a tentative agreement, subject to formal approval within the Government, regarding the question of attorneys' fees and costs.  Although the Government is able to report progress in that process, it is not yet complete.  Accordingly, the parties respectfully ask that the Court permit them to file an additional joint status report on March 29, 2024, reporting whether they have been able to finalize their agreement.

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted, |
| */s/ Nikhel S. Sus* | BRIAN M. BOYNTON |
| Nikhel S. Sus | Principal Deputy Assistant Attorney General |
| (D.C. Bar No. 1017937) | Civil Division |
| Laura Iheanachor | |
| CITIZENS FOR RESPONSIBILITY AND | ELIZABETH J. SHAPIRO |
| ETHICS IN WASHINGTON | Deputy Director, |
| 1331 F St. NW, Suite 900 | Federal Programs Branch |
| Washington, DC 20004 | |
| Telephone: (202) 408-5565 | */s/ Julia A. Heiman* |
| Fax: (202) 588-5020 | Julia A. Heiman (D.C. Bar No. 986228) |
| nsus@citizensforethics.org | Senior Counsel |
| liheanachor@citizensforethics.org | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel: (202) 616-8480 |
| | Julia.Heiman@usdoj.gov |
| | *Counsel for Defendants* |