THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>                Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>                Defendants. | Civil No. 1:21-cv-02482-DLF |

## JOINT STATUS REPORT

The parties respectfully submit this status report in response to the Court's March 30 and May 6, 2024, Minute Orders. Undersigned counsel regret that they overlooked the April 29, 2024, deadline for the parties' joint status report, *see* March 30, 2024, Minute Order, and apologize for the delay in the instant submission.

On April 24, 2024, the parties executed a settlement agreement regarding the issue of attorneys' fees and costs. That agreement provides that the parties will submit a stipulation of dismissal no later than 14 days after the agreed upon payment is made. The parties have worked together to effect payment, and Defendants expect that payment will be completed within the next thirty days. Accordingly, the parties respectfully ask that the Court permit them to file an

additional joint status report on June 7, 2024, if they have not submitted a stipulation of dismissal by that time.

Dated: May 7, 2024

/s/ Nikhel S. Sus
Nikhel S. Sus
(D.C. Bar No. 1017937)
Laura Iheanachor
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F St. NW, Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
liheanachor@citizensforethics.org

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

/s/ Julia A. Heiman
Julia A. Heiman (D.C. Bar No. 986228)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8480
Julia.Heiman@usdoj.gov
*Counsel for Defendants*