THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINTON<br>1331 F Street, NW, Suite 900<br>Washington, DC 20004<br><br>          Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE ARMY<br>104 Army Pentagon<br>Washington, DC 20310-0104, and<br><br>SOUTH DAKOTA NATIONAL GUARD<br>2823 West Main Street<br>Rapid City, SD 57702<br><br>          Defendants. | Civil No.  1:21-cv-02482-DLF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Citizens for Responsibility and Ethics in Washington and defendants the Department of the Army and the South Dakota National Guard hereby stipulate to the dismissal of this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, over which the Court retains jurisdiction.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| /s/ Nikhel S. Sus<br>Nikhel S. Sus<br>(D.C. Bar No. 1017937)<br>Laura Iheanachor<br>CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON<br>1331 F St. NW, Suite 900<br>Washington, DC 20004<br>Telephone: (202) 408-5565<br>Fax: (202) 588-5020<br>nsus@citizensforethics.org<br>liheanachor@citizensforethics.org<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director,<br>Federal Programs Branch<br><br>/s/ Julia A. Heiman<br>Julia A. Heiman (D.C. Bar No. 986228)<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 616-8480<br>Julia.Heiman@usdoj.gov<br><br>*Counsel for Defendants* |